**No. 10-10414. Christopher Carson Smith, Petitioner v. Michigan.**

565 U.S. 836, 132 S. Ct. 141, 181 L. Ed. 2d 59, 2011 U.S. LEXIS 5819, 

October 3, 2011. Petition for writ of certiorari to the Supreme Court of Michigan denied.

Same case below, 488 Mich. 1040, 794 N.W.2d 34.